NOVEMBER 16, 1965.

No. 579. GENERAL AUTO SUPPLIES, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Bernard Mellitz, Malcolm I. Frank* and *Telford B. Orbison* for petitioners.

NOVEMBER 19, 1965.

No. 573. FRANK ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Petition for writ of certiorari as to petitioner Frank dismissed pursuant to Rule 60 of the Rules of this Court. *Edward L. Carey* and *Walter E. Gillcrist* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

NOVEMBER 22, 1965.

No. 359. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. (Certiorari denied, *ante,* p. 836.) The Solicitor General is requested to file a response to the petition for a rehearing within thirty days.

No. 718, Misc. WILLIAMSON ET AL. *v.* BLANKENSHIP, JUDGE, ET AL. C. A. 5th Cir. Motion for leave to file petition for writ of certiorari denied.

No. 676, Misc. WALKER *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO. Motion for leave to file petition for writ of prohibition denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.